UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOSE CORPORATION,<br>    Plaintiff, | )<br>)<br>) | |
| v. | ) | Civil Action No. 14cv11762-IT |
| MONSTER, INC. and MONSTER, LLC,<br>    Defendants. | )<br>)<br>) | |

ORDER

June 10, 2014

TALWANI, D.J.

Pursuant to 28 U.S.C. § 1659(a), this court hereby orders that Defendants' Unopposed Motion [#9] is ALLOWED. Accordingly, this matter is STAYED until the determination of the United States International Trade Commission in Investigation No. 337-TA-912 becomes final.[1]

IT IS SO ORDERED.

                                                                                /s/ Indira Talwani
                                                                                United States District Judge

---

[1] See 28 U.S.C. § 1659(a) ("In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission . . . .").