UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MONSTER, INC. and MONSTER, LLC,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*   Civil Action No. 14-11762-IT<br>*<br>*<br>*<br>* |

ORDER OF DISMISSAL WITH PREJUDICE

October 24, 2014

TALWANI, D.J.

Plaintiff Bose Corporation ("Bose") and Defendants Monster, Inc. and Monster, LLC (collectively, "Monster") have filed a joint notice of settlement and request for an order of dismissal with the court.[1]  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), the court orders that:

1. All of Bose's claims against Monster are hereby dismissed with prejudice;

2. All of Monster's counterclaims against Bose are hereby dismissed with prejudice;

3. Each party shall bear its own costs and fees in connection with this action.

IT IS SO ORDERED.

October 24, 2014                                                           /s/ Indira Talwani
                                                                                  United States District Judge

---

[1] See Stipulation & Order Dismissal Prejudice [#16].